```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

LUCKY K. UNDERWOOD, II                CIVIL ACTION

VERSUS                                NO: 12-394

ROWAN COMPANIES, INC.                 SECTION: "A" (3)


The Court has been advised that the above captioned matter has settled.  United States Magistrate Judge Daniel E. Knowles, III and counsel are thanked for their assistance.


September 26, 2013

_____
UNITED STATES DISTRICT JUDGE


NEF: Magistrate Judge Knowles